**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMARAY CARTER,<br><br>         Petitioner,<br><br>  v.<br><br>C. KOENIG, Acting Warden,<br><br>         Respondent. | Case No. CV 19-8954 PSG (SS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing Grounds One and Two with prejudice for failure to state a cognizable federal habeas claim and Grounds Three, Four and Five without prejudice as successive.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 22, 2019

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE