JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMARAY CARTER,<br><br>        Petitioner,<br><br>  v.<br><br>C. KOENIG, Acting Warden,<br><br>        Respondent. | Case No. CV 19-8954 PSG (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to Grounds One and Two of the Petition and without prejudice as to Grounds Three, Four and Five.

DATED: November 22, 2019

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE